**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Clarence Kenneth Voigt, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING** |
| | ) | **REPORT AND RECOMMENDATION** |
| vs. | ) | |
| | ) | |
| State of North Dakota, | ) | Case No. 1:07-cv-008 |
| | ) | |
| Defendant. | ) | |

The plaintiff, Clarence Kenneth Voigt, filed a pro se complaint and application to proceed in forma pauperis on February 9, 2007. Magistrate Judge Charles S. Miller, Jr. conducted a review pursuant to 28 U.S.C. § 1915(e)(2), and submitted a Report and Recommendation on March 2, 2007. Judge Miller recommended that Voigt's application to proceed in forma pauperis be denied.

On March 9, 2007, Voigt filed an objection to the Report and Recommendation.[1] The Court has carefully reviewed the Report and Recommendation, relevant case law, and the record as a whole and finds the Report and Recommendation to be persuasive. The complaint alleges discrimination in violation of the Americans with Disabilities Act (ADA) and conspiracy to interfere with civil rights. With regard to the ADA claim, Voigt does not even suggest that he requested assistance with his hearing impairment. The conspiracy claim is nothing more than a conclusory allegation. Voigt has failed to state a claim.

---

[1] On this same date Voigt also filed a "motion to change Magistrative judge" in which he makes the absurd accusation that Magistrate Judge Miller is suffering from an unspecified mental or physical disability. Voigt filed the identical motion in all five cases he has pending against the State of North Dakota in this Court.

1

Accordingly, the Court **ADOPTS** the Report and Recommendation in its entirety. The application to proceed in forma pauperis is **DENIED**.

**IT IS SO ORDERED**.

Dated this 13th day of March, 2007.

/s/ *Patrick A. Conmy*
Patrick A. Conmy, Senior District Judge
United States District Court